1

2   DANNY D. BRACE, JR., #114466
    LAW OFFICE OF DANNY D. BRACE, JR.
3   901 H STREET, SUITE 500
    SACRAMENTO, CA  95814
4   (916) 552-6660
    Fax: (916) 447-0592
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,        )   Case No.:  CRS 04-205 GEB
                                     )
10                Plaintiff,         )
                                     )   REQUEST FOR ORDER AND ORDER
11        vs.                        )   EXONERATING BOND
                                     )
12  KEVIN CHAO                       )
                                     )
13                Defendant          )
                                     )
14  _____

15  _____

16  TO THE JUDGE OF THE ABOVE ENTITLED COURT AND TO THE UNITED STATES

17  ATTORNEY:

18        On or about August 24, 2004, a $100,000.00 appearance bond, secured by a deed against

19  the real property of Bao Quang Lu, Kerry Lin Chau and David Quoc Chau was posted on behalf

20  of Kevin Chao, Case Number CRS 04-205 GEB.  Mr. Chao had been arrested in this District

21  based on a complaint filed in this District.

22        On November 12, 2004, Mr. Chao pled guilty to 21 USC 841(a)(1) and 860.  On

23  February 11, 2005, he was sentenced to 18 months imprisonment.  Mr. Chao's surrender date

24  was March 11, 2005.

25

1

2
   It is hereby requested that the $100,000.00 secured appearance bond be exonerated in the

3
above captioned case and that the Clerk of the District Court be directed to reconvey back to the

4
Trustors, the Deed of Trust received by the Clerk on or about August 20, 2004.

5
Dated:  6-7-05         Respectfully Submitted,

6

7
           _____/S/_____

8
           DANNY D. BRACE, JR

9
           Attorney at Law

10

11
   IT IS HEREBY ORDERED THAT the appearance bond in the amount of $100,000.00

12
posted by Bao Quang Lu, Kerry Lin Chau and David Quac Chau, and secured by a Deed of Trust

13
for their property located at 7713 Vallecitos Way, City and County of Sacramento, be exonerated

14
and that the Clerk of this Court is directed to reconvey the property to the Trustors.

15
Dated:  June 9, 2005

16

17

18
          /s/ Garland E. Burrell, Jr.

19
          GARLAND E. BURRELL, JR.

20
          United States District Judge

21

22

23

24

25