UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland Burrell, Jr.
United States District Judge
Sacramento, California

                                  RE:   Kevin Douglas CHAO
                                          Docket Number:   2:04CR00205-09
                                          PERMISSION TO TRAVEL
                                          OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Honolulu, Hawaii.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 11, 2005, Mr. Kevin Chao was sentenced for the offense of 21 USC 841(a)(1) and 860 - Distribution of Cocaine Base Within 1,000 Feet of an Elementary School.

**Sentence imposed:**  18 months Bureau of Prisons, 72 months supervised release, and a $100 special assessment.  Special conditions include:  Warrantless search, correctional treatment, drug testing, pager and cellular phone restrictions, co-payment plan, drug offender registration, and cooperate with DNA collection.

**Dates and Mode of Travel:**  Mr. Chao intends to leave for Hawaii on August 3, 2007, and return on or about August 10, 2007.  He is awaiting the Court's approval before he makes his plane and hotel reservations.

**Purpose:**  Vacation

**RE:**  Kevin Douglas CHAO
Docket Number:   2:04CR00205-09
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
United States Probation Officer

**DATED:**   May 8, 2007
Sacramento, California
KMM:jz

**REVIEWED BY:**        /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    X                              Disapproved  _____

Dated:  May 9, 2007

GARLAND E. BURRELL, JR.
United States District Judge